UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

UNITED STATES OF AMERICA

    v.                                    11 CR 199 (S-1) (CBA)

BENITO LÓPEZ-PÉREZ,
JOSE GABINO BARRIENTOS-PÉREZ,   STATEMENT IN SUPPORT OF
alias "Ricardo," and                         REQUEST FOR
ANASTASIO ROMERO-PÉREZ,              EXTRADITION PURSUANT TO 28 USC
                                                    § 1746

       Defendants.

------------------------------------------------X

      I, [Jane Doe 2] under penalty of perjury, make the following true and accurate statement:

      1.    I am a citizen of Mexico and currently reside in the United States.

      2.    In or about December, 2007, when I was 14 years old, I traveled with my sister, [Jane Doe 3], and her husband, who I know only as "Ricardo," to their house in Tenancingo, Tlaxcala, where I stayed for a few months taking care of my sister and Ricardo's children.

      3.    While I was living with my sister, Ricardo's brother, ANASTASIO ROMERO-PÉREZ, ("ROMERO-PÉREZ") visited us frequently, and on many occasions he told me that he would help me get a good job and that would take care of me. ROMERO-PÉREZ and his other brother, BENITO LÓPEZ-PÉREZ ("LÓPEZ-PÉREZ"), also told me that they would help me get a house.

      4.    A few months later, my sister traveled to the United States to work, leaving me to take care of her children at Ricardo's house. Because ROMERO-

1

PÉREZ and LÓPEZ-PÉREZ convinced me that my sister was going to take advantage of me, making me take care of her children, I moved in with ROMERO-PÉREZ and LÓPEZ-PÉREZ to the house they shared with other relatives. Up to that time, I had not spent very much time with my sister, JD 3, and I did not know her very well.

5. Approximately one month after moving with ROMERO-PÉREZ, he and I began a romantic relationship. ROMERO-PÉREZ asked me to work for him as a prostitute, but I refused.

6. Approximately five months later, ROMERO-PÉREZ he showed me a letter that he said he had received, notifying him that he was going to lose his house because of a debt he had. ROMERO-PÉREZ asked me to start working as a prostitute to help him pay the debt. At that time I was 15 years old. He pressured me continually about this until I gave in.

7. After that, ROMERO-PÉREZ and LÓPEZ-PEREZ took me and a girl named ▬▬▬▬ to a bar in Matamoros to work as prostitutes. The two men monitored ▬▬▬▬ and me constantly to make sure that we did not escape or keep any of the money for ourselves. I did not want to keep doing this work, but ROMERO-PÉREZ beat me several times if I refused to work or if I did not make enough money. One time, while I was having a drink with a man at the bar, ROMERO-PÉREZ got mad at me because I was wasting time and not making money because I had only had a drink with that client. ROMERO-PÉREZ beat and kicked me so viciously that I vomited blood.

8.  In or about June or July 2008, ROMERO-PÉREZ took LÓPEZ-PÉREZ's girlfriend, ▇▇▇▇▇▇, to the United States. I continued to work as a prostitute in Mexico, and I used the money I earned to support ROMERO-PÉREZ's daughter and his mother, and to pay other household expenses. LÓPEZ-PÉREZ kept the rest of my earnings. I was not allowed to keep any money for myself.

9.  In or about October 2008, ROMERO-PÉREZ told me that he wanted me to come to the United States. ROMERO-PÉREZ and LÓPEZ-PÉREZ made arrangements for me to be smuggled across the border. I went because I thought I had no other alternative. I traveled to the United States with one of LÓPEZ-PÉREZ's women, who I knew as ▇▇▇▇▇▇. ROMERO-PÉREZ was already in the city of New York, having traveled to the United States several months earlier.

10. After arriving in the United States, I worked as a prostitute in New York, New Jersey, and Connecticut. I earned approximately $1,300 - $1,500 per week. Every day I would be taken in a car to different places to work as a prostitute. The clients paid me $30 for 15 minutes. I provided services to approximately 12 to 15 clients per day. ROMERO-PÉREZ kept all the money I made from prostitution. ROMERO-PÉREZ or others who worked with him would keep watch over me to make sure I did not escape.

11. Several months after my arrival, ROMERO-PÉREZ left New York and returned to Mexico to take care of his children. From that point forward, on ROMERO-PÉREZ's orders, I wired money to ROMERO-PÉREZ and his family in Mexico every week. Following ROMERO-PÉREZ's orders, I did not use my real name on the electronic transfers. ROMERO-PÉREZ told me he had friends who were watching me and that he would send someone to beat me up if I did not send the money to him.

12. ROMERO-PÉREZ came back to the United States around the end of May, 2009. In about November, 2009, I saw my sister by chance in New York City. A driver was picking me up for a client who had requested two women, and my sister was in the car when the driver arrived. When I saw my sister, I ran away. At the time, I was afraid of my sister because ROMERO-PÉREZ and LÓPEZ-PÉREZ had convinced me that my sister would force me to continue working as a prostitute. When I told ROMERO-PÉREZ that I had seen my sister, he made arrangements for us to move to a new apartment.

13. ROMERO-PÉREZ remained in the United States until on or about January 5, 2010, at which time he returned to Mexico.

14. While he was in the United States, ROMERO-PÉREZ raped me several times. He also beat me on several occasions, including after I confronted him when I found out that he was seeing another woman.

15. At or around the beginning of August, 2010, a driver helped me get in touch with my sister JD 3 on the phone, who I heard was looking for me. After talking to my sister, I called ROMERO-PÉREZ in Mexico and I told him I was leaving him and that I was not going to send him any more money. ROMERO-PÉREZ threatened to harm my family, and LÓPEZ-PÉREZ sent me a message through JD 1 saying that I would be sorry for leaving ROMERO-PÉREZ and that he (LÓPEZ-PÉREZ) would have one of his friends give me a beating.

16. After reestablishing contact with my sister in August 2010, she and I moved into an apartment in Queens. My sister and I both continued to work as prostitutes. My sister continued to send money to Ricardo during this period.

17.     On or about October 12, 2010, United States Homeland Security Investigations (HSI) Special Agents found JD 3 and me near our apartment in Queens. The agents stopped me when I was returning to the apartment after a night of work. At that time, I had a large amount of cash in the apartment, which was approximately one week's worth of my prostitution earnings, as well as a large quantity of unused condoms.

18.     **Attachment F-1** to this statement is a photograph of BENITO LÓPEZ-PÉREZ. **Attachment F-2** to this statement is a photograph of Ricardo, LÓPEZ-PÉREZ's brother, whose real name is JOSÉ GABINO BARRIENTOS-PÉREZ. **Attachment F-3** to this statement is a photograph of ANASTASIO ROMERO-PÉREZ.

19.     Given the limited purposes of this statement, I have not set forth herein all of the facts related to this matter of which I have knowledge.

I declare under penalty of perjury that the foregoing is true and accurate.

Signed, this _28th_ day of November, 2011.

                                                            Jane Doe 2