

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TM/EP
F.#2010R01803

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 27, 2013

By ECF & Hand Delivery

The Honorable Carol B. Amon
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Lopez-Perez, et al., 11-CR-199 (CBA)

Dear Chief Judge Amon:

  In anticipation of sentencing in this case, the government respectfully submits this letter to provide the Court with a handwritten letter from Jane Doe #3, a translation of that letter, and a corresponding certification of the translation.

         Respectfully submitted,

         LORETTA E. LYNCH
         United States Attorney

      By: /s/ Taryn A. Merkl
         Taryn A. Merkl
         Erik Paulsen
         Assistant U.S. Attorneys
         (718) 254-6064/6135

Encl.

cc: Clerk of Court (CBA)
   All counsel (by ECF)