November 21, 2013

U.S.A.
v.
LOPEZ-PEREZ et al

Yo pido mucha justicia y muchos años de carcel para los 3 hermanos ya que ellos me amenazaban mucho con hacerle daño a mi familia. Yo tuve que trabajar muchos años como prostituta. é Yo lo hacia para que no le pasara nada a mi familia. Yo era solo una niña que no sabia de nada, me sentia sin salida por el cual aguante por muchos años hasta que encontré una salida. Confió la policia de Nueva York. No confio la policia de Mexico porque hay mucha corrupción. Aún que ellos están en la carcel aquí en Nueva York, yo tengo mucho miedo de la familia de los hermanos en Mexico. Les da muchos años de carcel sobre todo para Benito Lopez Perez y los hermanos.

11/21/2013

Jane Doe #3