## CRIMINAL CAUSE FOR SENTENCING

Before: **AMON, Chief J.**   Date: **2/7/14**   Time: 10:25-11:45 and 12:51-1:09   Docket #: **CR11-00199**

Defendant: Anastasio Romero-Perez- c   ATTORNEY: Robert Radick, Esq.

Court Reporter/ESR: Richard Barry   **AUSA: TarynMerkl**

Probation Officer: Victoria Aguilar   Interpreter: Selva Nebbia & Estrellita Plested (James Hontoria - govt interpreter)

Pretrial Officer:   Deputy Clerk: **V. Holley**

---

✓ Case Called

___ Sentencing adjourned to

✓ Sentencing held

✓ Statements of defendant and counsel heard

✓ Defendant sentenced on counts __5__ of the (Superseding) Indictment/~~Information~~

✓ Remaining open counts dismissed: (1-4, 6-25 + underlying ~~Cnds~~)

___ on Court's motion   ✓ on Government's motion

✓ Court advised defendant of right to appeal

___ Clerk to file Notice of Appeal in forma pauperis for defendant

___ Defendant remanded   ___ Defendant to remain on bail pending determination of appeal

### FULL TEXT OF SENTENCE

Dft committed to custody of BOP for 216 mos on Count 5 followed by 5 yrs s/r.
Sp. conditions: 1) if deported, not to reenter the U.S. illegally; 2) comply w/sex offender registration requirement mandated by law.
Fine waived. Restitution Ordered in the amount of $17,500.00 (payments $25 per mo while incarcerated, upon release 20% of income over 5 yr period of s/r). Dft required to pay $100 s/a pursuant to 18: 3013.